# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2067.  STATE OF GEORGIA v. JENNIFER NEWMAN.**

In this civil forfeiture action, the trial court ordered the State to return seized property to Jennifer Newman, and to pay Newman attorney fees pursuant to OCGA § 9-15-14 (b).  On March 7, 2017, Newman filed a direct appeal from the attorney fee award challenging the fee amount.  See Case No. A17A2066.[1]  Newman's notice of appeal included a certificate of service stating that the notice was served upon the State by placing it in the mail on March 7.  On May 12, 2017, the State filed the instant cross-appeal from Newman's appeal.

The State had 15 days following Newman's March 7, 2017 notice of appeal–plus an additional 3 days because Newman served the notice by mail–in which to file a timely cross-appeal.  See *Sewell v. Cancel*, 295 Ga. 235, 240 n.4 (759 SE2d 485) (2014); *Nat. Consultants v. Burt*, 186 Ga. App. 27, 28 (1) (366 SE2d 344) (1988); see also OCGA § 5-6-38 (a) (an appellee may institute a cross-appeal by filing notice thereof within 15 days from service of the notice of appeal); OCGA § 9-11-6 (e) (whenever a party is required to do an act within a prescribed period after the service of a notice, other than process, upon him, and the notice is served by mail, 3 days shall be added to the prescribed period); OCGA § 5-6-32 (a) (when service is made by mail, it shall be deemed to be perfected as of the day deposited in the mail). As the State did not file its cross-appeal until May 12, 2017, 66 days after March 7, it was untimely to initiate a valid cross-appeal, and the cross-appeal is hereby

---

[1] The direct appeal is subject to dismissal for failure to comply with the discretionary appeal requirements.

DISMISSED.  See *Burns v. Howard*, 239 Ga. App. 315, 316 (520 SE2d 491) (1999); *National Consultants*, supra at 28 (1).



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* __07/25/2017__
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*